UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EVANS,

    Petitioner,

v.

SHERIFF LAURIE SMITH,

    Respondent.

Case No. 16-cv-01157-YGR (PR)

**ORDER**

    Petitioner has filed a consent to magistrate judge jurisdiction in this habeas matter under 28 U.S.C. § 2254. Dkt. 7 at 1.

    The Clerk of the Court shall randomly reassign this matter to a magistrate judge.

    IT IS SO ORDERED.

Dated: April 22, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge